```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 15895
    KAREN REDMOND
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-3409


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 06/20/2008 and was not confirmed.

    The case was dismissed without confirmation 09/22/2008.
------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                         PAID          PAID
------------------------------------------------------------------------
ACC CONSUMER FINANCE     SECURED VEHIC      8739.58          .00            .00
BALABAN FURNITURE        UNSECURED          3906.71          .00            .00
LARRY J MEYER            UNSECURED         NOT FILED         .00            .00
CBCS                     UNSECURED         NOT FILED         .00            .00
SPRINT NEXTEL            UNSECURED           471.47          .00            .00
INSTANT CASH             UNSECURED         NOT FILED         .00            .00
JACKSON PARK HOSPITAL    UNSECURED         NOT FILED         .00            .00
NCO FINANCIAL SYSTEMS IN UNSECURED         NOT FILED         .00            .00
NORTHWESTERN MEMORIAL HO UNSECURED         NOT FILED         .00            .00
PAYDAY LOAN STORE        UNSECURED           647.00          .00            .00
PEOPLES GAS LIGHT & COKE UNSECURED          1129.59          .00            .00
ROMELLE WALTON           UNSECURED         NOT FILED         .00            .00
A ALL FINANCIAL SERVICES UNSECURED          1804.38          .00            .00
ROMELLE WALTON           UNSECURED           397.00          .00            .00
ASSET ACCEPTANCE LLC     UNSECURED           725.00          .00            .00
PRO SE DEBTOR            DEBTOR ATTY            .00                         .00
TOM VAUGHN               TRUSTEE                                            .00
DEBTOR REFUND            REFUND                                             .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                         --------------     --------------
TOTALS                        .00                   .00


             PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 15895 KAREN REDMOND
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE